# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICIA ZURLIENE,** *individually and on behalf of all others similarly situated,*  **Plaintiff,**  vs.  **DREYERS GRAND ICE CREAM, INC.,**  **Defendant.** | )  )  )  )  )  )  )  )  )  )  )  )  )   Case No. 3:21-cv-747-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on April 11, 2022 (Doc. 22), this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**DATED: April 11, 2022**

                                            **MONICA A. STUMP, Clerk of Court**
                                            *s/ Dana M. Winkeler*
                                            **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**